UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MOORE,<br><br>             Plaintiff,<br><br>     v.<br><br>L CHRONES, et. al.,<br><br>             Defendants. | 1: 05 CV F 0506 OWW DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that plaintiff's complaint appears to state cognizable claims for relief against defendants Chrones, Rivera and Maurer.  Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    CHRONES;

1       RIVERA; AND

2       MAURER

3   2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summons, an instruction sheet and a copy of the complaint filed April 18, 2005.

5   3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

8       a. Completed summons;

9       b. One completed USM-285 form for each defendant listed above; and

10       c. Four (4) copies of the endorsed complaint filed April 18, 2005.

11   4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

15   5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action. Local Rule 11-110.

20   IT IS SO ORDERED.

21   Dated:   September 29, 2005                 **/s/ Dennis L. Beck**
    3c0hj8                                               UNITED STATES MAGISTRATE JUDGE