# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>L CHRONES, et. al.,<br><br>        Defendants. | 1: 05 CV F 0506 OWW DLB P<br><br>ORDER RE PLAINTIFF'S MOTION FOR DETERMINATION OF COMPLAINT<br>[Doc 10] |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 18, 2005 contesting the policy against prisoners having published softbound books.  On August 24, 2005, plaintiff filed a motion seeking "determination" of his complaint.  Plaintiff is advised that the Court has now screened the complaint pursuant to 28 U.S.C. § 1915A and determined that it states cognizable claims for relief against defendants Chrones, Rivera and Maurer.  The Court has ordered plaintiff to file the necessary

1 forms for service of the complaint on defendants. Defendants will thereafter be required to respond
2 to the complaint
3     IT IS SO ORDERED.
4     **Dated:**   **September 29, 2005**         **/s/ Dennis L. Beck**
3c0hj8                                               UNITED STATES MAGISTRATE JUDGE