UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT MOORE,                        )   1:05-cv-0506 OWW DLB P
                                    )
            Plaintiff,              )   ORDER DISMISSING ACTION
                                    )
    v.                              )
                                    )
L. CHRONES, et al.,                 )
                                    )
            Defendants.             )
                                    )
_____)

   The Findings and Recommendations of the Magistrate Judge in this case recommended Defendants' Motion to Dismiss for Failure to Exhaust Remedies in this prisoner case be granted.  Although the Findings and Recommendations were filed March 31, 2006, no party has filed objections.

   The Court has reviewed, *de novo*, pursuant to 28 U.S.C. § 636(b), the Findings and Recommendations of the Magistrate Judge and finds them to be supported by the facts and law applicable to this case.

   IT IS ORDERED that Defendants' complaint is DISMISSED without prejudice for failure to exhaust administrative remedies required by 42 U.S.C. § 1997(e)(a).

IT IS SO ORDERED.

1

**Dated:     September 26, 2006**                       /s/ Oliver W. Wanger
emm0d6                                                 UNITED STATES DISTRICT JUDGE